UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

DEC 31 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE UNITED STATES OF AMERICA ) | Crim. No. 13-2967 WC |
| FOR A SEARCH WARRANT FOR THE ) | |
| YAHOO INC. EMAIL ACCOUNT ) | |
| PRIVATEBOB51@YAHOO.COM ) | |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Daniel E. O'Donnell, Special Agent with the Federal Bureau of Investigation, Linthicum, MD, Major Case Coordination Unit, being duly sworn, hereby deposes and states as follows:

1. Your Affiant has been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since March 2004, and is currently assigned to the FBI's Violent Crimes Against Children Section, Major Case Coordination Unit (MCCU). Your Affiant is currently investigating federal violations concerning child pornography and the sexual exploitation of children and has gained experience through training in seminars, classes, and everyday work related to these types of investigations. Your Affiant has participated in the execution of numerous warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information.

2. As a federal agent, Your Affiant is authorized to investigate violations of the laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of applications for a search warrant for information associated with a certain account that is stored at a premises owned, maintained,



controlled, or operated by Yahoo! Inc., an electronic mail/Internet service provider headquartered at 701 First Avenue, Sunnyvale, California 94089. The information to be searched is described in the following paragraphs and in Attachment B. This affidavit is made in support of an application for a search warrant under Title 18, United States Code (U.S.C.) §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to transport, advertise, receive, distribute, possess and/or access child pornography; to require Yahoo! Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the electronic mail account (e-mail), privatebob51@yahoo.com, more particularly described in Attachment A.

4. Your Affiant is requesting authority to search the e-mail account where the items specified in Attachment A may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

5. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, U.S.C. §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to advertise, transport, receive, distribute, possess and/or access child pornography, are presently located within the e-mail account privatebob51@yahoo.com. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

6. This affidavit is being submitted based partially on a request submitted by the Netherlands Police Agency, The Netherlands, through the Netherlands Ministry of Security and Justice, and pursuant to a Mutual Legal Assistance Treaty (MLAT) between the governments of



The Netherlands and the United States of America. The Police Agency and the National Prosecutor's Office (collectively, "Netherlands authorities") are conducting the investigation and prosecution of Barend Wever ("Wever"), for child pornography offenses. According to Netherlands authorities, between February 2013 and April 2013, Wever utilized these e-mail accounts to engage in the online sexual exploitation of minors.

7. This investigation, described more fully below, has revealed that the individual using the e-mail account privatebob51@yahoo.com did knowingly utilize e-mail to transport, advertise, receive, distribute, possess and/or access child pornography and that there is probable cause to believe there is evidence, fruits, and instrumentalities of the violations of Title 18, U.S.C. §§ 2251 and 2252A located in the e-mail account.

## STATUTORY AUTHORITY

8. This investigation concerns alleged violations of Title 18, U.S.C., §§ 2251 and 2252A, relating to material involving the sexual exploitation of minors:

a. 18 U.S.C. § 2251(d)(1)(a) prohibits a person from knowingly making, printing, publishing, or causing to be made, printed, or published, any notice or advertisement seeking or offering to receive, exchange, buy, produce, display, distribute, or reproduce, any visual depiction, if the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

b. 18 U.S.C. § 2252A prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view, any child pornography that was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced



using materials that had traveled in interstate or foreign commerce or affecting interstate or foreign commerce.

## PROBABLE CAUSE

9. On 11/20/2012, as part of an ongoing investigation into a network of individuals distributing child pornography via e-mail, your Affiant executed a search warrant upon Microsoft, Inc., in regards to an e-mail account hereafter referred to as "A."

10. On 12/11/2012, your Affiant obtained the results from Microsoft and reviewed the contents of the account. This review identified, among other things, hundreds of e-mails that had been sent by the user of "A" to other e-mail accounts or received by the user of "A" from other e-mail accounts. Many of these e-mails contained attached images and videos. A review of these attachments revealed the majority contained child pornography and child erotica depicting prepubescent females and toddlers.

11. Further review identified one of the e-mail accounts as corresponding with the user of "A" to be babytrader30@gmail.com.

## PRIVATEBOB51@YAHOO.COM INVESTIGATION

12. On 09/19/2012, a total of 14 e-mails were sent between the users of "A" and babytrader30@gmail.com. Eight of these e-mails contained attachments. A review of these attachments revealed approximately 23 images and nine videos; the majority of which contained child pornography and child erotica depicting prepubescent females and toddlers.

13. On 09/19/2012, the user of babytrader30@gmail.com sent an e-mail to "A" with one attached image depicting a partially naked prepubescent female who was wearing an orange shirt and was squatting with her legs spread apart, exposing her vagina.



14. On 09/19/2012, the user of babytrader30@gmail.com sent an e-mail to "A" with the subject line, "Send private i love very young." Attached to the e-mail were nine images depicting prepubescent females. An example of one of these images is as follows:

   a. "14.jpg": An image depicting two prepubescent females who were sitting on the ground with their legs bent and spread apart. The pants of one of the prepubescent females were pulled down, exposing her vagina.

15. On 09/19/2012, the user of babytrader30@gmail.com sent an e-mail to "A" with the subject line, "Send" and the text, "2 are private." Attached to the e-mail were four videos depicting prepubescent females. An example of one of these videos is as follows:

   a. "IMG_0026.asf": A video depicting a prepubescent female who was naked from the waist down with her legs spread apart, exposing her vagina. She was sitting on top of what appeared to be an adult male, whose exposed penis was pressed against her vagina.

16. On 01/11/2013, an Administrative subpoena was issued to Google in regards to babytrader30@gmail.com and the results were obtained on 01/29/2013. A review of the results revealed, among other things, that the account had been created on 09/16/2012; three days prior to the aforementioned e-mails described in Paragraphs 12-15.

17. Further review revealed several additional secondary accounts, including shogust2316@gmail.com and bwever23@gmail.com. In February 2013, Administrative subpoenas were issued to Google in regards to these accounts.

18. A review of the results revealed, among other things, that the bwever23@gmail.com account had been created on 09/30/2012; only 14 days after the babytrader30@gmail.com account had been created. Further, the Internet Protocol (IP) address utilized to create the account resolved to an Internet Service Provider (ISP) in The Netherlands. This ISP was the same provider as the IP address utilized to create the babytrader30@gmail.com account.



19. A further review of the results revealed that the shogust2316@gmail.com account had been created on 07/16/2012 from an IP address resolving to the same ISP in The Netherlands.

20. A review of all available IP addresses utilized to access the above accounts revealed they all resolved to the same ISP in The Netherlands.

21. Due to this, the aforementioned information, along with information relating to an additional account (imgsrc23@gmail.com) that appeared similar to the above accounts, was provided to The Netherlands authorities. Pursuant to this information, The Netherlands authorities conducted an investigation and identified the user of the above accounts as Barend Wever, a resident of The Netherlands. The Netherlands authorities then arrested Wever in April 2013.

22. Prior to the arrest of Wever, in March 2013, the Netherlands authorities obtained subscriber information for the cellular telephone number associated with the imgsrc23@gmail.com account described in Paragraph 19. Among other things, this subscriber information revealed that additional cellular telephone numbers were associated with this number.

23. The Netherlands authorities then recorded and analyzed telecommunication data associated with the aforementioned cellular telephone numbers. Pursuant to the arrest of Wever, at least one of these cellular telephones was seized and analyzed by The Netherlands authorities. Among other things, this analysis revealed that the main account associated with this telephone number was privatetrader51@gmail.com.

24. Further review revealed chat and e-mail conversations between Wever and accounts hereafter referred as "B," "C," and "D," from 03/28/2013 through 04/02/2013. Among



other things, these users discussed trading videos and images depicting boys under the age of 10 years old.

25. On 03/28/2013, using the privatetrader51@gmail.com account, Wever also sent "B" an e-mail stating, "You have good vids Or now the aaron and Daniel vids." According to The Netherlands authorities, "aaron" has been identified as a prepubescent male who had been sexually abused by his father, who produced child pornography images depicting "aaron."

26. On 03/28/2013, using the privatetrader51@gmail.com account, Wever then sent an e-mail to "B" stating "go to my drive.ch Make account and upload them there I have good pribate vids from my nephew lol I have fucked aaron in 2007."

27. On approximately 03/31/2013, in response to a request by the user of "D" to send images or videos, Wever, using the privatetrader51@gmail.com account, responded and advised the user of "B" to send them to the e-mail account privatebob51@yahoo.com.

28. Further analysis of the cellular telephone then revealed several e-mail messages between the e-mail account privatebob51@yahoo.com and "C." Among other things, on 03/29/2013, the user of privatebob51@yahoo.com sent an e-mail stating, "You have also pics with aaron and his friend."

29. A second e-mail sent by the user of privatebob51@yahoo.com to another account, hereafter referred to as "D" stated, "I have that vids of that 6yr boy do u have aaron vids to."

## CONCLUSION

30. Your Affiant has probable cause to believe that Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089, maintains evidence of a violation of Title 18, U.S.C. §§ 2251 and 2252A, involving the use of a computer in or affecting interstate commerce to advertise, transport, receive, distribute, possess and/or access child pornography. This evidence, listed in



Attachment B to this affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

31. Therefore, I respectfully request that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

32. Pursuant to Title 18, U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

33. Pursuant to Title, 18 U.S.C. § 2705(b), I would request the Court order Google, Inc. not to notify any other person of the existence of this warrant for the next 180 days. This request is made because I believe notification of the existence of the warrant will seriously jeopardize the ongoing investigation.

Special Agent
Daniel E. O'Donnell
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN BEFORE ME
THIS 13™ DAY OF DECEMBER 2013

HONORABLE WILLIAM CONNELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## ITEMS TO BE SEIZED AND SEARCHED

This warrant applies to information associated with the e-mail account, privatebob51@yahoo.com, which is stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089.

## ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

### I. Information to be disclosed by Yahoo! Inc.

Yahoo! Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

1. The contents of all e-mails stored in the account, including copies of e-mails sent to and from the account, draft e-mails, the source and destination e-mails sent addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

2. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

3. All records or other information stored by an individual using the account, including Google Drive, address books, contact and buddy lists, calendar data, pictures, and files;

4. All records pertaining to communications between privatebob51@yahoo.com, and any person regarding this account, including contacts with support services and records of actions taken.



**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, U.S.C. §§ 2251 and 2252A, involving e-mails privatebob51@yahoo.com; including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

      1.     Communications to/from the e-mail accounts privatebob51@yahoo.com that demonstrate the ongoing violations of Title 18, U.S.C. §§ 2251 and 2252A.

      2.     Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

